IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| MARTHA L. JACOBS, | ) | CIVIL ACTION NO. 4:12-1794-RBH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER STAYING CONFERENCE** |
| | ) | **AND SCHEDULING ORDER** |
| UNITED STATES, | ) | **AND DISCOVERY** |
| | ) | |
| Defendant | ) | |

Before the Court is the United States' Motion to Stay Conference and Scheduling Order and for Stay of Discovery (Document # 39). Upon consideration of such motion, it is hereby

ORDERED that the Motion is GRANTED. The schedule established in this Court's Conference and Scheduling Order (ECF No. 36) is stayed until such time as this Court rules on the United States' Motion to Dismiss (ECF No. 28) pending before it. The parties to this action are excused from all requirements contained therein, including conducting the conference required by Federal Rule of Civil Procedure 26(f) and from submitting the Rule 26(f) Report; and it is further

ORDERED that the parties will engage in no discovery until such time as this Court rules on the United States' Motion to Dismiss (Document # 28) pending before it.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
THOMAS E. ROGERS, III
UNITED STATES MAGISTRATE JUDGE

March 19, 2013
Florence, South Carolina